**2 Pages**
Ronald S. Hodges – Bar No. 150586
Rika M. Kido – Bar No. 273780
**SHULMAN HODGES & BASTIAN LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone: (949) 340-3400
Facsimile: (949) 340-3000
Email: rhodges@shbllp.com
rkido@shbllp.com

Attorneys for Plaintiff and Creditor,
Elizabeth A. Miles

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>**CHRISTOPHER LYNN JOHNSON,**<br><br>Debtor.<br>_____<br>**ELIZABETH A. MILES,**<br><br>Plaintiff,<br><br>v.<br><br>**CHRISTOPHER LYNN JOHNSON,**<br><br>Defendant. | Case No.: 16-24304-A-7<br><br>Chapter 7<br><br>Adv. Case No.: 17-02007-A<br><br>**DC No. SHB-1**<br><br>**DEFAULT JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT AS TO THE FIRST CLAIM FOR RELIEF AND THIRD CLAIM FOR RELIEF**<br><br>[No Hearing Required Pursuant to Entry of Default and Order Re: Default Judgment Procedures entered on April 11, 2017]<br><br>[Default Motion, Request for Judicial Notice, Declarations of Elizabeth A. Miles, Rika M. Kido and Nicole Carlson and Exhibit Documents filed concurrently herewith] |

1

on, Christopher\Adv\Pld\Default Judgment.doc

RECEIVED
May 09, 2017
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006044293

Defendant Christopher Lynn Johnson ("Defendant"), having been duly served with the Complaint to Determine Non-Dischargeability of Debt Pursuant to 11 U.S.C. § 523 ("Complaint"), Summons and Notice of Status Conference in Adversary Proceeding, having failed to respond to the Complaint, the Court having considered the Motion for Default Judgment ("Motion"), the Declarations of Elizabeth A. Miles, Rika M. Kido and Nicole Carlson, supporting evidence and memorandum of points and authorities filed in support thereof, the Request for Judicial Notice, the pleadings and other documents filed in this adversary proceeding, the Court hereby enters Judgment in favor of Plaintiff Elizabeth A. Miles, and against Defendant under 11 U.S.C. §§ 523(a)(2)(A) and (a)(6) as asserted in Plaintiff's Complaint as follows:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED,** that Judgment shall be awarded in favor of Plaintiff and against the Defendant in the amount of $184,362.32, plus post-judgment interest.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED,** that Attorneys' fees and costs are awarded in the total amount of $15,369.11.

Dated: May 10, 2017

By the Court:

Michael S. McManus
United States Bankruptcy Judge

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

Z:\I-J\Johnson, Christopher\Adv\Pld\Default Judgment.doc
5183-000/56

2